FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHELLE ANN TERRELL, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CANNON-CLEVELAND FUNERAL )<br>DIRECTORS, INC., SOUTHERN )<br>CRESCENT CREMATORIUM, LLC, )<br>COMPANION CARE CREMATION )<br>SERVICES, INC., CCT MANAGEMENT )<br>LLC, CANNON-THORNTON, INC., )<br>CHARLES GREGORY CANNON, AND )<br>PETER LAWRENCE THORNTON, )<br>)<br>)<br>Defendants. )<br>) | CIVIL ACTION FILE NO.:<br>1:12 cv 00611 SCJ |

### **ORDER**

WHEREAS the Parties, having filed a *Joint Motion to Approve Settlement Agreement* requesting that the Court approve the Settlement agreement and the Court having considered the same,

IT IS HEREBY ORDERED AND ADJUDGED that the Settlement Agreement shall be approved.

SO ORDERED, this 3rd day of September, 2014.

                                                  s/Steve C. Jones
                                                Hon. Steve C. Jones,
                                                UNITED STATES DISTRICT COURT